IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DANIEL GROTH T/A PENN FOREST SERVICES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERRANDINO & SON, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 7:19CV508 |

## STIPULATION OF DISMISSAL

Plaintiff Daniel Groth t/a Penn Forest Services and Defendant Ferrandino & Son, Inc., by counsel, submit this stipulation of dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties stipulate that this action should be dismissed without prejudice, with each party to bear its own costs and attorney's fees.

Dated: November 4, 2019.

WE ASK FOR THIS:

/s/ *[signature]*

Richard L. Greenberg, Esq. (VSB No. 18754)
GREENBERG LAW FIRM
P.O. Box 240
Roanoke, VA 24002
541 Luck Avenue, Suite 200
Roanoke, Virginia 24016
(540) 345-0999 – phone
(540) 342-8006 – facsimile
rlg@greenberglawfirm.com
*Counsel for Plaintiff Daniel Groth T/A Penn Forest Services*

1

/s/ *Kirk M. Sosebee*
K. Brett Marston (VSB No. 35900)
Kirk M. Sosebee (VSB No. 88013)
GENTRY LOCKE
10 Franklin Road SE, Suite 900
Roanoke, Virginia 24011
Telephone No.: (434) 983-9300
Facsimile No.: (434) 983-9391
Marston@gentrylocke.com
Sosebee@gentrylocke.com
*Counsel for Defendant Ferrandino & Son, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on the 7th day of November, 2019, using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ _____
Of Counsel

2